# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON
## DIVISION ONE

UNION BANK, N.A., as successor-in-
interest to the FDIC as Receiver for
Frontier Bank,

           Appellant,

    v.

F.R. MCABEE, INCORPORATED,
A Washington corporation, FAR NORTH
VENTURES, LLC, a Washington limited
liability company, A. SUZANNE WARE,
an unmarried individual, G. PAUL WARE
an unmarried individual, JARED WARE
and NOELLE WARE, husband and wife,
LEVI WARE and STEPHANIE WARE
husband and wife, ADAM WARE and
KATHERINE WARE, husband and wife,

           Respondents.

No. 70497-4-I

UNPUBLISHED OPINION

FILED: April 13, 2015

PER CURIAM — Following the Washington Supreme Court's decision in Washington Federal v. Harvey, ___ Wn.2d ___, 340 P.3d 846, 2015 WL 114165 (2015), the parties in this appeal filed a stipulation to the reversal of the trial court's judgments. The parties also stipulate that the trial court on remand shall determine the amount of any award for attorney fees and costs incurred in the appellate proceedings.

We lift the stay previously imposed, accept the parties' concession, reverse, and remand for further proceedings.

FOR THE COURT:

_____

Becker, J.

_____

Leach, J.